IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ONG YANG,

     Plaintiff,                    No. CIV S-07-1017 EFB

     vs.

MICHAEL J. ASTRUE,            ORDER TO SHOW CAUSE
Commissioner of Social Security,

     Defendant.
_____/

     Plaintiff filed her complaint on May 29, 2007. Service was executed upon defendant on July 25, 2007. On October 12, 2007, defendant filed with this court, and served upon plaintiff by mail, his answer. The administrative transcript was filed and served October 12, 2007.

     Pursuant to this court's scheduling order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by November 29, 2007 (45 days after service of the answer and administrative transcript). Plaintiff has done neither, and has not communicated with this court since the filing of his complaint. The scheduling order cautioned that failure to comply with any portions of the order could result in sanctions, including striking the complaint.

////

////

1

1  Accordingly, plaintiff is ordered to show cause in writing within ten days from the date
2 of service of this order why this case should not be dismissed for lack of prosecution. Failure to
3 timely file the required writing will result in dismissal.

4 DATED: April 29, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE