IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ONG YANG,

      Plaintiff,                          No. CIV S-07-1017 EFB

      vs.

MICHAEL J. ASTRUE,              ORDER
Commissioner of Social Security,

      Defendant.
_____/

      On April 29, 2008, the court ordered plaintiff to show cause, in writing, why this case should not be dismissed for lack of prosecution based on her failure to file a motion for summary judgment pursuant to this court's scheduling order. Plaintiff timely responded to the order by filing a Rule 60(b) motion to vacate the court's order to show cause. In that motion, plaintiff's counsel explains that it was mistake and inadvertence on her part in failing to calendar the due date for the summary judgment motion.

      The court construes plaintiff's Rule 60 motion as a response to the order to show cause, and good cause appearing, hereby discharges the order to show cause. Plaintiff shall file her

////

////

////

1

1 motion for summary judgment by no later than May 28, 2008.  Defendants' opposition or cross-
2 motion thereto shall be due thirty days thereafter.
3     SO ORDERED.
4 DATED:  May 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE