1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    1023 H Street, Suite B5
3   Sacramento, CA 95814
    Telephone: (916) 448-8600
4   Facsimile: (916) 448-8605

5   Attorneys for Plaintiff

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
    ONG YANG                          )     Case No. CIV-07-1017 EFB
11                                     )
                                       )     STIPULATION AND ORDER
12           Plaintiff,                )     EXTENDING PLAINTIFF'S TIME TO
                                       )     FILE MEMORANDUM IN SUPPORT
13   v.                                )     OF SUMMARY JUDGMENT
                                       )
14   MICHAEL J. ASTRUE                 )
     Commissioner of Social Security   )
15   of the United States of America,  )
                                       )
16           Defendant.                )
                                       )
17   _____)

18
            IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
19
    permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in
20
    this case is hereby extended from May 28, 2008, to June 11, 2008.   This extension is required due to
21
    the burglary of plaintiff's counsel's office last week and the loss of **all** her computer equipment, files
22
    [including current back-up files], and internet router/modem, among other things.  Plaintiff's counsel's
23
    new computer equipment and internet access was installed on May 27, 2008.
24

25   / / / /

26   / / / /

27   / / / /

28

                                              1

Dated: May 27, 2008                    */s/Bess M. Brewer*
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: May 29, 2008                    McGregor W. Scott

                                       United States Attorney

                                       /s/   Elizabeth Firer
                                       ELIZABETH.FIRER

                                       Special Assistant U.S. Attorney
                                       Social Security Administration

                                       Attorney for Defendant


**ORDER**

Defendant's cross-motion for summary judgment, if any, shall be due thirty days after submission of plaintiff's motion.

APPROVED AND SO ORDERED.

DATED:  May 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2