1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                      **EASTERN DISTRICT OF CALIFORNIA**
10
    **ONG YANG**                        )     **Case No. CIV-07-1017 EFB**
11                                       )
                                         )     **STIPULATION AND ORDER**
12          **Plaintiff,**               )     **EXTENDING PLAINTIFF'S TIME TO**
                                         )     **FILE MEMORANDUM IN SUPPORT**
13  **v.**                              )     **OF SUMMARY JUDGMENT**
                                         )
14  **MICHAEL J. ASTRUE**               )
    **Commissioner of Social Security** )
15  **of the United States of America,** )
                                         )
16          **Defendant.**               )
                                         )
17  _____)

18
            IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
19
    permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in
20
    this case is hereby extended from June 11, 2008 to June 13, 2008.   This extension is required due to
21
    Plaintiff's counsel's very heavy briefing schedule.
22

23

24

25  / / / /
26  / / / /
27  / / / /
28

                                           1

1  Dated: June 11, 2008                    */s/Bess M. Brewer*
                                           BESS M. BREWER
2                                          Attorney at Law

3                                          Attorney for Plaintiff

4

5
   Dated: June 11, 2008                    McGregor W. Scott
6
                                           United States Attorney
7
                                           /s/   Elizabeth Firer
8                                          ELIZABETH.FIRER

9                                          Special Assistant U.S. Attorney
                                           Social Security Administration
10
                                           Attorney for Defendant
11

12

13                              **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED:  June 25, 2008.

16                              _____
                                EDMUND F. BRENNAN
17                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2