IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ONG YANG,

    Plaintiff,                                    No. CIV S-07-1017 EFB

    vs.

MICHAEL J. ASTRUE,                       <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

    On May 30, 2008, this court approved the parties' stipulation to extend the dates in the pretrial scheduling order. The May 30, 2008, order directed plaintiff to file her motion for summary judgment by June 11, 2008, and ordered defendant to file his cross-motion for summary judgment thirty days after submission of plaintiff's motion. The court later granted plaintiff until June 13, 2008, to file her motion, which she filed on that date. Accordingly, defendant was to file his motion thirty days thereafter.

    That thirty day period expired, and on July 28, 2008, defendant filed an untimely stipulation and proposed order for an extension of time until August 29, 2008, to file his cross-motion for summary judgment. Defendant cites a heavy case load, scheduling conflicts, and other reasons in the request for an extension. Good cause appearing, the court hereby approves the stipulation for an extension of time, and orders defendant to file his opposition or cross-

1

1  motion for summary judgment by no later than August 29, 2008.  Plaintiff shall file a reply
2  thereto, if any, by no later than September 5, 2008.  No further extensions will be granted.
3      SO ORDERED.
4  DATED: August 11, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE