1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
11                        **SACRAMENTO DIVISION**

12  ONG YANG,                        )
                                     )   CIVIL NO. 2:07-CV-01017-EFB
13         Plaintiff,                )
                                     )
14         v.                        )   STIPULATION AND PROPOSED ORDER
                                     )
15  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
16  Social Security,                 )
                                     )
17         Defendant.                )
    _____)

18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of time to respond to Plaintiff's motion

21  for summary judgment. The current due date is August 29, 2008, the new due date will be September

22  29, 2008 (day 30 falls on a weekend).

23      The extension is being requested so that the undersigned attorney for the Commissioner may

24  consult with her client regarding the possibility of voluntary remand.

25  ///

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: August 29, 2008            /s/ *Bess Brewer*
                                           (As authorized via email)
                                           BESS BREWER
                                           Attorney for Plaintiff

Dated: August 29, 2008            McGREGOR W. SCOTT
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           /s/ *Elizabeth Firer*
                                           ELIZABETH FIRER
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

## ORDER

The Court hereby grants in part defendant's second request for extension of time within which to respond to plaintiff's motion for summary judgment. The new deadline shall be Monday, September 22, 2008.

SO ORDERED.

DATED: September 2, 2008.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE