McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONG YANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01017-EFB<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the Administrative Law Judge (ALJ) must give further consideration to the treating and examining source opinions, including the opinion evidence provided by Hsiung Su, M.D. and Bradley Daigle, M.D., pursuant to the provisions of 20 C.F.R. § 416.927, Social Security Rulings (SSR) 96-2p and 96-5p; the ALJ must explain the weight given to such opinion evidence. As appropriate, the ALJ may request the treating and/or examining sources to provide additional evidence and/or further clarification of the medical source statements about what Plaintiff can still do despite the impairments.

    The ALJ must also consider the lay evidence in the record in accordance with 20 C.F.R. § 416.913(d)(4) and SSR 06-03p, specifically, the ALJ must consider the information from Plaintiff's son,

Vameng Cha (AR 241-249). The hearing decision should contain rationale which shows the lay information was considered when assessing Plaintiff's credibility; it should contain articulation regarding the weight given to the lay information, and if rejected, it must contain reasons germane to each lay source.

The ALJ will also be directed to obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's impairment pursuant to 20 C.F.R. § 416.927f and SSR 96-6p, and to clarify the record concerning an appropriate date of onset of disability, in accordance with SSR 83-20.

If warranted by the expanded record, the ALJ should obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base and follow the direction of SSR 00-4p.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: September 19, 2008
*/s/ Bess Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: September 19, 2008
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

SO ORDERED.

Dated: September 19, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order of Sentence Four Remand