1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7       Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                          SACRAMENTO DIVISION
11

12  ONG YANG,                        )
                                     )   CIVIL NO. 2:07-CV-01017-EFB
13           Plaintiff,              )
                                     )
14           v.                      )   STIPULATION AND ORDER APPROVING
                                     )   SETTLEMENT OF ATTORNEY FEES
15  MICHAEL J. ASTRUE,               )   PURSUANT TO THE EQUAL ACCESS TO
    Commissioner of                  )   JUSTICE ACT
16  Social Security,                 )
                                     )
17           Defendant.              )
    _____)
18

19        IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

20  subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under

21  the Equal Access to Justice Act, (EAJA) in the amount of FIVE THOUSAND, NINE HUNDRED

22  DOLLARS ($5,900.00).  This amount represents compensation for all legal services rendered on behalf

23  of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

24        This stipulation does not constitute an admission of liability on the part of Defendant under the

25  EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and

26  all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

27  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

28  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

1

2     Dated: October 20, 2008               /s/*Bess M. Brewer*
                                           *(As authorized via email)*
3
                                           BESS M. BREWER
4                                          Attorney for Plaintiff

5                                          McGREGOR W. SCOTT
                                           United States Attorney
6

7     Dated: October 20, 2008       By: /s/ *Elizabeth Firer*
                                           ELIZABETH FIRER
8                                          Special Assistant United States Attorney

9

10    PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be

      awarded attorney fees in the amount of FIVE THOUSAND, NINE HUNDRED DOLLARS ($5,900.00),
11
      as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.
12
      Dated:  October 22, 2008.
13

14

15                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28